IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00295-LTB

MIKEALGLENN STINE,

    Applicant,

v.

MR. D. BERKEBILE, Warden,

    Respondent.

_____

## JUDGMENT

_____

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T.

Babcock, Senior District Judge, on March 18, 2013, it is hereby

ORDERED that Judgment is entered in favor of Respondent and against

Applicant.

DATED at Denver, Colorado, this 18 day of March, 2013.

FOR THE COURT,

JEFFREY P. COLWELL, Clerk


By: s/ S. Grimm
    Deputy Clerk